OCT 16 2025 AM11:12
FILED-USDC-CT-NEW HAVEN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

IN THE MATTER OF ███████████  )  No.: 3:25-mj-00679 (RMS)
████████████████████  )
████████████████████  )
████████████████████  )  **NOTICE OF APPEARANCE**
████████████████  )
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
_____  )

To: The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for

███████████████.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member

in good standing of the bar of this Court.

Dated: October 17, 2025
New York, New York

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　_____
　　　　　　　　　　　　LaMarte Williams, Jr. (ct30957)
　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　22nd Floor
　　　　　　　　　　　　New York, NY 10036-2711
　　　　　　　　　　　　LaMarteWilliams@perkinscoie.com
　　　　　　　　　　　　Telephone: (212) 262-6900
　　　　　　　　　　　　Facsimile: (212) 977-1649

　　　　　　　　　　　　*Attorneys for* ███████████████

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I caused a copy of the within filing to be served

via overnight mail, priority delivery, to:

Miriam L. Glaser Dauermann
Criminal Division, Fraud Section
United States Department of Justice
271-A Cadman Plaza East
Brooklyn, NY  11201

Heather L. Cherry
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510

LaMarte Williams, Jr. (ct30957)
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
LaMarteWilliams@perkinscoie.com
Telephone: (212) 262-6900
Facsimile: (212) 977-1649

*Attorneys for* ▮▮▮▮▮▮▮▮

- 2 -