UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)
Criminal No. 25-mj-00679-RMS-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                          **NOTICE OF APPEARANCE**

1. Search Warrant

       Defendant.

Please add the following Trial Attorney to the above-captioned case on behalf of the United States of America:

Shane R. Butland

Dated: April 14, 2026

            Respectfully submitted,

            DAVID X. SULLIVAN
            United States Attorney

            *s/Shane R. Butland*
            Shane R. Butland
            U.S. Department of Justice
            Criminal Division, Fraud Section
            (202) 286-1177 (C)
            Shane.Butland2@usdoj.gov